

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2015

No. 04-15-00267-CV

Dolores **REYNOSO** and Juan Reynoso,
Appellants

v.

**LOFT CONCEPTS, INC.**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015CV00936
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
           Luz Elena D. Chapa, Justice
           Jason Pulliam, Justice

Appellants' brief was filed August 6, 2015. However, the brief does not contain any citations to the record in support of the facts asserted in the statement of the case, statement of facts, or argument. *See* TEX. R. APP. P. 38.1(d), (g), (i).

We order appellants to file an amended brief by **August 24, 2015**. If a timely amended brief that corrects these deficiencies is not filed, we may strike the brief, prohibit appellants from filing another, and proceed as if appellants had failed to file a brief. *See* TEX. R. APP. P. 38.9(a), 38.8(a).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court